John P. Aldrich (6877)
Catherine Hernandez (8410)
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
jaldrich@johnaldrichlawfirm.com
chernandez@johnaldrichlawfirm.com

*Attorneys for Plaintiff*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA LIEBLING, Derivatively on Behalf of Nominal Defendant LOOP INDUSTRIES, INC., | |
| Plaintiff, | Case No. 2:23-CV—1273-JCM-BNW |
| v. | |
| DANIEL SOLOMITA, DONALD DANKS, LOUISE SAMS, LAURENCE SELLYN, JAY STUBINA, ANDREW LAPHAM, JONGHYUK LEE, PETER KEZIOS, SIDNEY HORN, SHAUN HIGGINS, LESLIE MURPHY, and BRIAN YOUNG | |
| Defendants, | |
| and | |
| LOOP INDUSTRIES, INC., | |
| Nominal Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joshua Leibling ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") against all Defendants without prejudice. Defendants have served neither answers, nor a motion for summary judgment herein, and Plaintiff has not received, been

promised or offered, and will not accept any form of compensation, directly or indirectly, in exchange for dismissal of the Action.

Dated: September 5, 2023

**OF COUNSEL:**

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall *(admitted pro hac vice)*
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: tjm@rl-legal.com

**ROSCA SCARLATO LLC**
Alan L. Rosca (*admitted pro hac vice)*
2000 Auburn Drive, Suite 200
Beachwood, OH 44122
Paul J. Scarlato
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Telephone: 216-946-7070
Email: arosca@rscounsel.law
Email: pscarlato@rscounsel.law

**ALDRICH LAW FIRM, LTD.**

By: */s/ John P. Aldrich*

John P. Aldrich (6877)
Catherine Hernandez (8410)
7866 West Sahara Avenue
Las Vegas, NV 89117
jaldrich@johnaldrichlawfirm.com
chernandez@johnaldrichlawfirm.com

*Attorneys for Plaintiff*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL